UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DESALSHIA ADRIEN WILLIAMS, )
)
    Movant, )
)
v. ) CV416-299
) CR415-024
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Movant, an inmate at Federal Corrections Institution in Aliceville, Alabama, moves under 28 U.S.C. § 2255 to vacate, set aside, or correct her federal sentence. The Court **DIRECTS** the Government to respond within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED,** this 29th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA